JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LARS KORSVALL, | Case No. 2:23-07538 HDV (ADS) |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| SAMANTHA PENNINGER, | |
| Defendant. | |

Pursuant to the Court's Order Dismissing Action for Failure to Prosecute and Obey Court Orders, the Court adjudges the above-captioned case dismissed in its entirety without prejudice.

DATED: 1/26/24

_____
THE HONORABLE HERNAN D. VERA
United States District Judge